# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMUEL PARADIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MULTIPLAN CORPORATION f/k/a CHURCHILL CAPITAL CORP. III, MICHAEL KLEIN, JAY TARAGIN, MARK KLEIN, MICHAEL ECK, GLENN R. AUGUST, PAUL GALANT, JEREMY PAUL ABSON, MALCOLM S. MCDERMID, KAREN G. MILLS, BONNIE JONAS, MARK TABAK, DAVID REDMOND, M. KLEIN AND COMPANY, CHURCHILL SPONSOR III, LLC and KLEIN GROUP LLC,<br><br>Defendants. | Civil Action No. 2:21-cv-1853<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Samuel Paradis hereby voluntarily dismisses the above-captioned action. Defendants have not filed an answer or moved for summary judgment.

DATED: June 3, 2021

Respectfully submitted,

**ABRAHAM, FRUCHTER & TWERSKY LLP**

/s/    *Jack G. Fruchter*
Jack G. Fruchter
450 Seventh Avenue, 38th Floor
New York, NY 10123
Tel: (212) 279-5050
Fax: (212) 279-3655
JFruchter@aftlaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/   *Jack G. Fruchter*
Jack G. Fruchter