United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

---

The Civil Cover Sheet filed in civil action

**21-CV3186(GRB)(SIL)**

1) indicated that this case is related to the following case(s):

21-CV-1853

-OR-

2) was directly assigned as a Pro Se or Habeas case as related to